

1  MICHAEL G. SHANNON (*Pro Hac Vice to be filed*)
   Michael.Shannon@ThompsonHine.com
2  THOMPSON HINE LLP
   335 Madison Avenue
3  New York, New York 10017
   Telephone: 212.908.3954
4  Fax: 212.344.6101

5
   JENNIFER S. ROACH (*Pro Hac Vice to be filed*)
6  Jennifer.Roach@ThompsonHine.com
   MATTHEW D. RIDINGS (*Pro Hac Vice to be filed*)
7  Matt.Ridings@ThompsonHine.com
   THOMPSON HINE LLP
8  3900 Key Center, 127 Public Square
   Cleveland, Ohio 44114
9  Telephone: (216) 566-5500
10 Fax: (216) 566-5800

11 STEPHEN YOUNG, CASB No. 58711
   steve.young@kyl.com
12 CHRISTOPHER A. STECHER, CASB No. 215329
   christopher.stecher@kyl.com
13 NATHAN R. JASKOWIAK, CASB No. 248007
   nathan.jaskowiak@kyl.com
14
   KEESAL, YOUNG & LOGAN
15 A Professional Corporation
   450 Pacific Avenue
16 San Francisco, California 94133
   Telephone:   (415) 398-6000
17 Facsimile:   (415) 981-0136

18 Attorneys for Defendants DAVID LERNER
   ASSOCIATES, INC. and DAVID LERNER
19

FILED
2012 SEP 27 P 2: 27
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIPING ROCK PARTNERS, INC., a California corporation, and CHRISTOPHER K. GERMAIN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID LERNER ASSOCIATES, INC., a New York corporation, DAVID LERNER, an individual, and GEORGE DOBBS, an individual,<br><br>Defendants. | Case No. C 12-4634 SI<br><br>**MICHAEL G. SHANNON'S APPLICATON FOR ADMISSION PRO HAC VICE** |

1        Pursuant to Civil L.R. 11-3, Michael G. Shannon, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants DAVID LERNER ASSOCIATES, INC. and DAVID LERNER in the above-entitled action.

       In support of this application, I certify on oath that:

    1.    I am an active member in good standing of the bar of the State of New York, as indicated above. A true and correct copy of a Certificate of Good Standing is attached hereto as Exhibit A;

    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

    3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Stephen Young (CASB No. 58711)
> Christopher A. Stecher (CASB No. 215329)
> Nathan R. Jaskowiak (CASB No. 248007)
> Keesal, Young & Logan
> 450 Pacific Avenue
> San Francisco, CA 94133
> Phone: (415) 398-6000

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 24, 2012

                                          */s/ Michael G. Shannon*
                                          Michael G. Shannon



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Michael George Shannon** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **5 th** day of **March 1975,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on September 11, 2012.

*Aprilanne Agostino*

Clerk of the Court

Exhibit A

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611079065
Cashier ID: sprinka
Transaction Date: 09/27/2012
Payer Name: THOMPSON HINE LLP

PRO HAC VICE
 For: MICHAEL G SHANNON
 Case/Party: D-CAN-3-12-AT-PROHAC-001
 Amount:         $305.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 474941
 Amt Tendered:  $305.00

Total Due:      $305.00
Total Tendered: $305.00
Change Amt:     $0.00

12-4634SI


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

September 27, 2012

San Mateo County Superior Court  
**400 County Center**  
**Redwood City**, Ca 94063

RE:  CV 12-04645 SI    EQUITY GROWTH ASSET-v-ROMEO FERNANDO  
      Your Case Number: (CLJ206396)

Dear Clerk,

  Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

  (X)   Certified copies of docket entries

  (X)   Certified copies of Remand Order

  ()    Other

  Please acknowledge receipt of the above documents on the attached copy of this letter.

  Sincerely,

  RICHARD W. WIEKING, Clerk

   /s/

  by:  Yumiko Saito  
  Case Systems Administrator

Enclosures  
Copies to counsel of record

NDC TR-5  Rev.  7/92  
o:\mrg\civil\remand.mrg

1  MICHAEL G. SHANNON (*Pro Hac Vice to be filed*)
   Michael.Shannon@ThompsonHine.com
2  THOMPSON HINE LLP
   335 Madison Avenue
3  New York, New York 10017
   Telephone: 212.908.3954
4  Fax: 212.344.6101

5
   JENNIFER S. ROACH (*Pro Hac Vice to be filed*)
6  Jennifer.Roach@ThompsonHine.com
   MATTHEW D. RIDINGS (*Pro Hac Vice to be filed*)
7  Matt.Ridings@ThompsonHine.com
   THOMPSON HINE LLP
8  3900 Key Center, 127 Public Square
   Cleveland, Ohio 44114
9  Telephone: (216) 566-5500
10 Fax: (216) 566-5800

11 STEPHEN YOUNG, CASB No. 58711
   steve.young@kyl.com
12 CHRISTOPHER A. STECHER, CASB No. 215329
   christopher.stecher@kyl.com
13 NATHAN R. JASKOWIAK, CASB No. 248007
   nathan.jaskowiak@kyl.com
14 KEESAL, YOUNG & LOGAN
15 A Professional Corporation
   450 Pacific Avenue
16 San Francisco, California 94133
   Telephone:   (415) 398-6000
17 Facsimile:   (415) 981-0136

18 Attorneys for Defendants DAVID LERNER
   ASSOCIATES, INC. and DAVID LERNER
19

20                    UNITED STATES DISTRICT COURT

21                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIPING ROCK PARTNERS, INC., a California corporation, and CHRISTOPHER K. GERMAIN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID LERNER ASSOCIATES, INC., a New York corporation, DAVID LERNER, an individual, and GEORGE DOBBS, an individual,<br><br>Defendants. | Case No. C 12-4634 SI<br><br>[PROPOSED] ORDER GRANTING PRO HAC VICE APPLICATIONS OF MICHAEL G. SHANNON, JENNIFER ROACH, AND MATTHEW D. RIDINGS |

- 1 -                                                             KYL_SF569746

[PROPOSED] ORDER GRANTING PRO HAC VICE APPLICATIONS OF MICHAEL G. SHANNON, JENNIFER ROACH, AND MATTHEW D. RIDINGS — CASE NO. C 12-4634 SI

Stamp: RECEIVED 2012 SEP 27 P 2:31 RICHARD W. WIEKING, U.S. DISTRICT COURT

- 2 -

1     IT IS HEREBY ORDERED that the applications of Michael G. Shannon, Jennifer
2 Roach, and Matthew D. Ridings are granted, subject to the terms and conditions of Civil L.R. 11-3.
3 All papers filed by these attorneys must indicate appearance *pro hac vice*. Service of papers upon, and
4 communication with, local co-counsel designated in the application will constitute notice to the party.

6 DATED: __10/1_____, 2012      *Susan Illston*
                                                       THE HONORABLE SUSAN ILLSTON

[PROPOSED] ORDER GRANTING PRO HAC VICE APPLICATIONS OF MICHAEL G. SHANNON, JENNIFER ROACH, AND MATTHEW D. RIDINGS — CASE NO. C 12-4634 SI