MICHAEL G. SHANNON (*admitted pro hac vice*)
Michael.Shannon@ThompsonHine.com
THOMPSON HINE LLP
335 Madison Avenue
New York, New York  10017
Telephone:  212.908.3954
Fax: 212.344.6101

Attorneys for Defendants DAVID LERNER
ASSOCIATES, INC. and DAVID LERNER

*Pursuant to Civil Local Rule 3-4(a)(1), please refer to the signature pages for the complete list of parties represented on this Stipulation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIPING ROCK PARTNERS, INC., a California corporation, and CHRISTOPHER K. GERMAIN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID LERNER ASSOCIATES, INC., a New York corporation, DAVID LERNER, an individual, and GEORGE DOBBS, an individual,<br><br>Defendants. | Case No. C 12-4634 SI<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER  TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:     December 7, 2012<br>Time:    2:30 p.m.<br>Judge:   Honorable Susan Illston (Courtroom 10) |

## STIPULATED REQUEST

IT IS HEREBY STIPULATED AND AGREED by and between all parties and their respective counsel as follows:

WHEREAS an Initial Case Management Conference is currently scheduled to take place on December 7, 2012 at 2:30 p.m. and a Joint Case Management Conference Statement is due on November 30, 2012; and

WHEREAS the parties have begun and are continuing their meet and confer sessions regarding Federal Rule of Civil Procedure, Rule 26(f) and anticipate completing and filing the

appropriate Rule 26 Report and Discovery Plan by December 7, 2012; and

WHEREAS lead counsel for Defendants DAVID LERNER ASSOCIATES, INC. and DAVID LERNER, Michael G. Shannon, is located in New York and has a scheduling conflict which will cause him to be unable to attend the December 7, 2012 Initial Case Management Conference in person; and

WHEREAS good cause exists to move the date of the Initial Case Management Conference to December 14, 2012 at 2:30 p.m. and to move the deadline to file a Joint Case Management Conference Statement to December 7, 2012.

WHEREAS no other continuances of the Initial Case Management Conference have been requested, and the only effect that the granting of this request will have on the schedule of the case is that it will cause the Initial Case Management Conference to be postponed by one week.

Accordingly, the parties submit this stipulated request pursuant to Civil Local Rule 6-2 requesting that the date of the Initial Case Management Conference be continued to December ~~14~~ 20, 2012 at 2:30 p.m. and that the deadline to file a Joint Case Management Conference Statement be continued to December ~~7~~ 13, 2012.

**IT IS SO STIPULATED AND REQUESTED.**

DATED: November 27, 2012           /s/ Nathan R. Jaskowiak
                                  STEPHEN YOUNG
                                  CHRISTOPHER A. STECHER
                                  NATHAN R. JASKOWIAK
                                  KEESAL, YOUNG & LOGAN

                                  MICHAEL G. SHANNON
                                  JENNIFER S. ROACH (*admitted pro hac vice*)
                                  MATTHEW D. RIDINGS (*admitted pro hac vice*)
                                  THOMPSON HINE LLP (*admitted pro hac vice*)

                                  Attorneys for Defendants
                                  DAVID LERNER ASSOCIATES, INC. and DAVID LERNER

| | |
|---|---|
| DATED: November 27, 2012 | /s/ Benjamin W. White |
| | (E-signature expressly authorized on November 27, 2012) |
| | BENJAMIN W. WHITE |
| | KEVIN J. WOODS |
| | WHITE & WOODS, LLP |
| | |
| | Attorneys for Defendant |
| | GEORGE DOBBS |
| | |
| DATED: November 27, 2012 | /s/ Thomas D. O'Brien |
| | (E-signature expressly authorized on November 27, 2012) |
| | JONATHAN S. BALL |
| | THOMAS D. O'BRIEN |
| | BALL LAW CORPORATION |
| | |
| | Attorneys for Plaintiffs |
| | PIPING ROCK PARTNERS INC. & |
| | CHRISTOPHER K. GERMAIN |

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** AS AMENDED.

DATED: 11/28 , 2012      _/s/ Susan Illston_
THE HONORABLE SUSAN ILLSTON
United States District Judge