MICHAEL G. SHANNON (*admitted pro hac vice*)
Michael.Shannon@ThompsonHine.com
THOMPSON HINE LLP
335 Madison Avenue
New York, New York  10017
Telephone:  212.908.3954
Fax: 212.344.6101

Attorneys for Defendants DAVID LERNER ASSOCIATES, INC. and DAVID LERNER

*Pursuant to Civil Local Rule 3-4(a)(1), please refer to the signature pages for the complete list of parties represented on this Stipulation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIPING ROCK PARTNERS, INC., a California corporation, and CHRISTOPHER K. GERMAIN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID LERNER ASSOCIATES, INC., a New York corporation, DAVID LERNER, an individual, and GEORGE DOBBS, an individual,<br><br>Defendants. | Case No. C 12-4634 SI<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:    December 7, 2012<br>Time:   2:30 p.m.<br>Judge:  Honorable Susan Illston (Courtroom 10) |

## STIPULATED REQUEST

IT IS HEREBY STIPULATED AND AGREED by and between all parties and their respective counsel as follows:

WHEREAS an Initial Case Management Conference is currently scheduled to take place on December 7, 2012 at 2:30 p.m. and a Joint Case Management Conference Statement is due on November 30, 2012; and

WHEREAS the parties have begun and are continuing their meet and confer sessions regarding Federal Rule of Civil Procedure, Rule 26(f) and anticipate completing and filing the

1  appropriate Rule 26 Report and Discovery Plan by December 7, 2012; and

2  　　　　　WHEREAS lead counsel for Defendants DAVID LERNER ASSOCIATES, INC. and
3  DAVID LERNER, Michael G. Shannon, is located in New York and has a scheduling conflict which
4  will cause him to be unable to attend the December 7, 2012 Initial Case Management Conference in
5  person; and

6  　　　　　WHEREAS good cause exists to move the date of the Initial Case Management
7  Conference to December 14, 2012 at 2:30 p.m. and to move the deadline to file a Joint Case
8  Management Conference Statement to December 7, 2012.

9  　　　　　WHEREAS no other continuances of the Initial Case Management Conference have
10 been requested, and the only effect that the granting of this request will have on the schedule of the
11 case is that it will cause the Initial Case Management Conference to be postponed by one week.

12 　　　　　Accordingly, the parties submit this stipulated request pursuant to Civil Local Rule 6-2
13 requesting that the date of the Initial Case Management Conference be continued to December ~~14~~ 20,
14 2012 at 2:30 p.m. and that the deadline to file a Joint Case Management Conference Statement be
15 continued to December ~~7~~ 13, 2012.

16
17 　　　　　　　　　**IT IS SO STIPULATED AND REQUESTED.**

18 DATED:  November 27, 2012　　　　　 /s/ Nathan R. Jaskowiak
　　　　　　　　　　　　　　　　　　　　　STEPHEN YOUNG
19 　　　　　　　　　　　　　　　　　　　　CHRISTOPHER A. STECHER
　　　　　　　　　　　　　　　　　　　　　NATHAN R. JASKOWIAK
20 　　　　　　　　　　　　　　　　　　　　KEESAL, YOUNG & LOGAN

21 　　　　　　　　　　　　　　　　　　　　MICHAEL G. SHANNON
22 　　　　　　　　　　　　　　　　　　　　JENNIFER S. ROACH (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　MATTHEW D. RIDINGS (*admitted pro hac vice*)
23 　　　　　　　　　　　　　　　　　　　　THOMPSON HINE LLP (*admitted pro hac vice*)

24 　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　DAVID LERNER ASSOCIATES, INC. and DAVID
25 　　　　　　　　　　　　　　　　　　　　LERNER

26
27
28

1  DATED: November 27, 2012    /s/ Benjamin W. White
2  (E-signature expressly authorized on November 27, 2012)
   BENJAMIN W. WHITE
   KEVIN J. WOODS
3  WHITE & WOODS, LLP

4  Attorneys for Defendant
5  GEORGE DOBBS

6

7  DATED: November 27, 2012    /s/ Thomas D. O'Brien
   (E-signature expressly authorized on November 27, 2012)
   JONATHAN S. BALL
8  THOMAS D. O'BRIEN
9  BALL LAW CORPORATION

10  Attorneys for Plaintiffs
    PIPING ROCK PARTNERS INC. &
11  CHRISTOPHER K. GERMAIN

12

13                    **[PROPOSED] ORDER**

14

15 **PURSUANT TO STIPULATION, IT IS SO ORDERED.** AS AMENDED.

16

17  DATED: ___11/28_____, 2012    _____
                                             [signature: Susan Illston]
18                                           THE HONORABLE SUSAN ILLSTON
                                             United States District Judge