MICHAEL G. SHANNON (*admitted pro hac vice*)
Michael.Shannon@ThompsonHine.com
THOMPSON HINE LLP
335 Madison Avenue
New York, New York  10017
Telephone: 212.908.3954
Fax: 212.344.6101

Attorneys for Defendants DAVID LERNER ASSOCIATES, INC. and DAVID LERNER

*Pursuant to Civil Local Rule 3-4(a)(1), please refer to the signature pages for the complete list of parties represented on this Stipulation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIPING ROCK PARTNERS, INC., a California corporation, and CHRISTOPHER K. GERMAIN, an individual,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>DAVID LERNER ASSOCIATES, INC., a New York corporation, DAVID LERNER, an individual, and GEORGE DOBBS, an individual,<br><br>　　　　　　　　　Defendants. | Case No. C 12-4634 SI<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER  TO CONTINUE MOTION HEARING AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:　April 19, 2012<br>Time:　9:00 a.m. and 2:30 p.m.<br>Judge:　Honorable Susan Illston (Courtroom 10) |

### STIPULATED REQUEST

　　　　IT IS HEREBY STIPULATED AND AGREED by and between all parties and their respective counsel as follows:

　　　　WHEREAS, the Initial Case Management Conference is currently scheduled to take place on March 29, 2013 at 2:30 p.m.;

　　　　WHEREAS, a hearing on Plaintiffs' special motion to strike is currently scheduled to be heard on March 29, 2013 at 9:00 a.m.;

　　　　WHEREAS, a hearing on Defendants' special motions to strike is currently scheduled to be heard on March 29, 2013 at 9:00 a.m.;

1  WHEREAS, due to scheduling conflicts, the parties wish to re-schedule the Initial Case
2  Management Conference and the argument on Plaintiffs' and Defendants' special motions to strike to
3  April 19, 2013, at 2:30 p.m. and 9:00 a.m., respectively;

4  WHEREAS, the parties contacted the Court's chambers and determined that April 19,
5  2013 was an available date on which the Court conduct these hearings;

6  WHEREAS, good cause exists to move the date of the Initial Case Management
7  Conference to April 19, 2013 at 2:30 p.m. and to move the hearing on Plaintiffs' and Defendants'
8  special motions to strike to April 19, 2013 at 9:00 a.m.;

9  THEREFORE, the parties submit this stipulated request pursuant to Civil Local Rule 6-
10 2 requesting that the date of the Initial Case Management Conference be continued to April 19, 2013,
11 at 2:30 p.m. and that the hearing on Plaintiffs' and Defendants' special motions to strike be heard on
12 April 19, 2013 at 9:00 a.m.  Nothing in this stipulation is intended to affect the briefing schedule for
13 the motions identified herein.

**IT IS SO STIPULATED AND REQUESTED.**

DATED:  March 6, 2013              /s/ Michael G. Shannon
                                   STEPHEN YOUNG
                                   CHRISTOPHER A. STECHER
                                   NATHAN R. JASKOWIAK
                                   KEESAL, YOUNG & LOGAN

                                   MICHAEL G. SHANNON
                                   JENNIFER S. ROACH (*admitted pro hac vice*)
                                   MATTHEW D. RIDINGS (*admitted pro hac vice*)
                                   THOMPSON HINE LLP (*admitted pro hac vice*)

                                   Attorneys for Defendants
                                   DAVID LERNER ASSOCIATES, INC. and DAVID
                                   LERNER

| | |
|---|---|
| DATED: March 6, 2013 | /s/ Benjamin W. White |
| | (E-signature expressly authorized on March 6, 2013) |
| | BENJAMIN W. WHITE |
| | KEVIN J. WOODS |
| | WHITE & WOODS, LLP |
| | |
| | Attorneys for Defendant |
| | GEORGE DOBBS |

| | |
|---|---|
| DATED: March 6, 2013 | /s/ Thomas D. O'Brien |
| | (E-signature expressly authorized on March 6, 2013) |
| | JONATHAN S. BALL |
| | THOMAS D. O'BRIEN |
| | BALL LAW CORPORATION |
| | |
| | Attorneys for Plaintiffs |
| | PIPING ROCK PARTNERS INC. & |
| | CHRISTOPHER K. GERMAIN |

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____3/7_____, 2013

THE HONORABLE SUSAN ILLSTON
United States District Judge