George E. Fleming, State Bar No. 065804
Bibianne U. Fell, State Bar No. 234194
Tracey L. Angelopoulos, State Bar No. 220095
**FLEMING & FELL PC**
4225 Executive Square, Suite 200
La Jolla, CA 92037
Telephone: +1 858 554 0500
Facsimile:  +1 858 554 0673

Jonathan S. Ball, State Bar No. 264107
Thomas D. O'Brien, State Bar No. 237358
**BALL LAW CORPORATION**
One Market/ Spear Tower, 36th Floor
San Francisco, CA 94105
Telephone: +1 415-349-0721
Facsimile:  +1 415-520-6864

Attorneys for Plaintiffs, PIPING ROCK PARTNERS, INC.
and CHRISTOPHER K. GERMAIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIPING ROCK PARTNERS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID LERNER ASSOCIATES, INC., et al. <br><br> Defendants. | Case No. 3:12-cv-04634-SI <br><br> **PLAINTIFF'S REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY AND [PROPOSED] ORDER** <br><br> Date: April 19, 2013 <br> Time: 2:30 p.m. <br><br> Before the Honorable Susan Illston <br> Dept. 10 <br> United States District Court Judge |

1  Pursuant to Civil Local Rule 16-10(a), Plaintiffs Piping Rock Partners, Inc. and
2  Christopher K. Germain (collectively, "Plaintiffs"), request permission to have their counsel
3  participate in the Case Management Conference scheduled for April 19, 2013 at 2:30 p.m. in the
4  above-titled Court by telephone.
5  Plaintiffs will be represented at the Case Management Conference by George E. Fleming,
6  whose direct number is (858) 404-1144. Counsel will make arrangements with the Court's
7  teleconference services for the telephonic appearance.

Dated: April 4, 2013  **FLEMING & FELL, PC**

By: /S/ George E. Fleming
George E. Fleming
Attorney for Plaintiffs

---

1

## [PROPOSED] ORDER

The Court, having read and considered Plaintiffs' Request re attend Case Management Conference telephonically,

**IT IS HEREBY ORDERED THAT** Plaintiffs' are permitted to attend the Case Management Conference, scheduled on April 19, 2013 at 2:30 p.m., telephonically.

**IT IS SO ORDERED.**

Dated: 4/15/13

_____
Hon. Susan Illston
United States District Court Judge