**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PIPING ROCK PARTNERS, INC., and
CHRISTOPHER K. GERMAIN,

    Plaintiffs,

v.

DAVID LERNER ASSOCIATES, INC.,
DAVID LERNER, and GEORGE DOBBS

    Defendants.

No. C 12-04634 SI

**ORDER DENYING WITHOUT PREJUDICE MOTION FOR ATTORNEYS' FEES**

This action has been stayed pending resolution of defendants' appeal by the Ninth Circuit. Accordingly, plaintiffs' motion for attorneys fees (Docket No. 90) is DENIED WITHOUT PREJUDICE to renewal after decision by the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: January 17, 2014

_____
SUSAN ILLSTON
United States District Judge