BENJAMIN W. WHITE, CASB NO. 221532
ben.white@whiteandwoods.com
KEVIN J. WOODS, CASB NO. 214819
kevin.woods@whiteandwoods.com
WHITE & WOODS LLP
235 Montgomery Street, Suite 460
San Francisco, California 94104
Telephone:   (415) 231-5709
Facsimile:    (415) 231-5718

Attorneys for Defendant
GEORGE DOBBS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIPING ROCK PARTNERS, INC., a California Corporation, and CHRISTOPHER K. GERMAIN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID LERNER ASSOCIATES, INC., a New York Corporation, DAVID LERNER, an individual, and JOHN DOES Nos. 1-7,<br><br>Defendants. | Case No. CV 12-04634 SI<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER; ATTORNEY DECLARATION**<br><br>Current hearing date: 08-28-2015<br>Time: 3:00 p.m.<br><br>Before the Honorable Susan Illston<br>United States District Court Judge |

### STIPULATED REQUEST:

Plaintiffs Piping Rock Partners, Inc. and Christopher K. Germain (collectively, "Plaintiffs"), Defendants David Lerner and David Lerner Associates, Inc. (collectively, the "DLA Defendants"), and Defendant George Dobbs, through their counsel of record, hereby agree and stipulate as follows:

WHEREAS, on August 18, 2015, this Court notified the parties that a further Case Management Conference would be held on August 28, 2015.

WHEREAS, the current deadline for the parties to file a Joint Case Management Conference Statement is August 24, 2015.

WHEREAS, due to scheduling conflicts, certain counsel are unavailable on the currently-scheduled date for the Case Management Conference.

1

1  WHEREAS, counsel for the Parties have met and conferred to find an alternative date for the
2  Case Management Conference.
3  WHEREAS, Plaintiffs have stipulated to continue the Case Management Conference for up to
4  30 days after the currently-scheduled Case Management Conference, but oppose a longer continuance.
5  THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate and request that
6  this Court schedule the Parties' Case Management Conference for Friday, September 4, 2015, with the
7  filing of the Joint Case Management Conference Statement to be filed on or before August 31, 2015.

**IT IS SO STIPULATED AND REQUESTED.**

DATED:  August 24, 2015

/s/ Benjamin W. White
BENJAMIN W. WHITE
KEVIN J. WOODS
WHITE & WOODS LLP
Attorneys for Defendant
GEORGE DOBBS

DATED: August 24, 2015

/s/ Bibianne Uychinco Fell
(e-signature expressly authorized on August 24, 2015)
Gomez Trial Attorneys
Attorneys for Plaintiffs

DATED: August 24, 2015

/s/ Christopher A. Stecher
(e-signature expressly authorized on August 24, 2015)
STEPHEN YOUNG
CHRISTOPHER A. STECHER
NATHAN R. JASKOWIAK
KEESAL, YOUNG & LOGAN

MICHAEL G. SHANNON
JENNIFER S. ROACH
MATHEW D. RIDINGS
THOMPSON HINE, LLP

Attorneys for Defendants
DAVID LERNER ASSOCIATES, INC. and DAVID LERNER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   August __25__, 2015

_____
The Honorable Susan Illston
United States District Court Judge