UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PIPING ROCK PARTNERS, INC.,

        Plaintiffs,

   v.

DAVID LERNER ASSOCIATES, INC., et al

        Defendants.

Case No.  12-cv-4634 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 20, 2015 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 5/13/16.

DESIGNATION OF EXPERTS: 5/20/16; REBUTTAL: 6/13/16;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: July 1, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by; July 1, 2016;
    Opp. Due: July 15, 2016; Reply Due: July 22, 2016;
    and set for hearing no later than August 5, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 13, 2016 at 3:30 PM.

JURY TRIAL DATE: September 26, 2016 at 8:30 AM.
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 7 days days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Any amendments to the pleading shall be done as soon as possible.
The parties shall participate in a private mediation session in April 2016. Counsel shall inform the Court of the date the mediation is scheduled.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 9/8/15

_____
SUSAN ILLSTON
United States District Judge