Jonathan S. Ball (SBN 264107)
BALL LAW CORPORATION
One Market / Spear Tower, 36th Floor
San Francisco, CA  94105
Telephone:	415-349-0721
Facsimile:	415-520-6864
Email:	jb@ball-lawcorp.com

Adam B. Wolf (SBN 215914)
Tracey B. Cowan (SBN 250053)
PEIFFER ROSCAWOLF ABDULLAH
CARR & KANE, APLC
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:	415-766-3545
Facsimile:	415-402-0058
Email:	awolf@prwlegal.com
	tcowan@prwlegal.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIPING ROCK PARTNERS, INC., a California corporation, and CHRISTOPHER K. GERMAIN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID LERNER ASSOCIATES, INC., a New York corporation, DAVID LERNER, an individual, and DOES 1 TO 7 inclusive,<br><br>Defendants. | Case No. 3:12-cv-04634-SI<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS PIPING ROCK PARTNERS, INC. and CHRISTOPHER K. GERMAIN; [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that Plaintiffs PIPING ROCK PARTNERS, INC., and

CHRISTOPHER K. GERMAIN have retained Peiffer Rosca Wolf Abdullah Carr & Kane, A

---

Professional Law Corporation to substitute as counsel for the Gomez Trial Attorneys in the above-captioned matter.  Ball Law Corporation will remain as counsel for Plaintiffs.

Withdrawing counsel for Plaintiffs PIPING ROCK PARTNERS, INC., and CHRISTOPHER K. GERMAIN are:

>John H. Gomez
>Gomez Trial Attorneys
>655 West Broadway, Suite 1700
>San Diego, CA 92101
>Phone: 619-237-3490
>Fax: 619-237-3496
>Email: john@thegomezfirm.com
>
>Bibianne U. Fell
>Gomez Trial Attorneys
>655 West Broadway, Suite 1700
>San Diego, CA 92101
>Phone: 619-237-3490
>Fax: 619-237-3496
>Email: bfell@thegomezfirm.com

All pleadings, orders and notices should henceforth be served upon Ball Law Corporation and the following substituted counsel for Plaintiffs PIPING ROCK PARTNERS, INC., and CHRISTOPHER K. GERMAIN:

>Adam B. Wolf
>PEIFFER ROSCA WOLF ABDULLAH
>CARR & KANE, APLC
>4 Embarcadero Center, Suite 1400
>San Francisco, CA 94111
>Telephone:     415-766-3545
>Facsimile:     415-402-0058
>Email:         awolf@prwlegal.com
>
>Tracey B. Cowan
>PEIFFER ROSCA WOLF ABDULLAH
>CARR & KANE, APLC
>4 Embarcadero Center, Suite 1400
>San Francisco, CA 94111
>Telephone:     415-426-5641

Facsimile:  415-402-0058
Email:  tcowan@prwlegal.com

Attorney Joseph C. Peiffer, of Peiffer Rosca Wolf Abdullah Carr & Kane, A Professional Law Corporation, will soon file a motion to appear *pro hac vice* on behalf of Plaintiffs.

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: January 21, 2016          PIPING ROCK PARTNERS, INC., and
                                 CHRISTOPHER K. GERMAIN

                                 By:   /s/ Jonathan S. Ball
                                       Jonathan S. Ball

DATED: January 21, 2016          GOMEZ TRIAL ATTORNEYS

                                 By:   /s/ Bibianne Fell
                                       Bibianne Fell

DATED: January 21, 2016          PEIFFER ROSCA WOLF ABDULLAH
                                 CARR & KANE

                                 By:   /s/ Adam B. Wolf
                                       Adam B. Wolf

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: January 21, 2016          PEIFFER ROSCA WOLF ABDULLAH
                                 CARR & KANE

                                 By:   /s/ Adam B. Wolf
                                       Adam B. Wolf

1  The above withdrawal and substitution of counsel is approved and so ORDERED.

2  DATED: January 21, 2016

3  By: _____
   JUDGE OF THE UNITED STATES
4  DISTRICT COURT

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE

I, Tien Le, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 4 Embarcadero Center, Suite 1400, San Francisco, CA 94111, in said County and State. On January 21, 2016, I served the within:

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS PIPING ROCK PARTNERS, INC., and CHRISTOPHER L. GERMAIN; [PROPOSED] ORDER**

to all named counsel of record as follows:

**X**   **BY ECF (ELECTRONIC CASE FILING)**:
I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on January 21, 2016. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this Declaration of Service was executed by the undersigned on January 21, 2016, at San Francisco, California.

/s/ Tien Le
Tien Le