Jonathan S. Ball (SBN 264107)
jb@ball-lawcorp.com
**BALL LAW CORPORATION**
One Market/Spear Tower, 36th Floor
San Francisco, CA 94105
Telephone: (415) 349-0721/Fax: (415) 520-6864

Adam B. Wolf (SBN 215914)
awolf@prwlegal.com
Tracey B. Cowan (SBN 250053)
tcowan@prwlegal.com
**PEIFFER ROSCA WOLF ABDULLAH**
**CARR & KANE, APLC**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:    415-766-3545
Facsimile:    415-402-0058

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PIPING ROCK PARTNERS, INC. a California corporation, and CHRISTOPHER K. GERMAIN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID LERNER ASSOCIATES, INC., a New York corporation, DAVID LERNER, an individual, and DOES 1 to 7 inclusive,<br><br>Defendants. | Case No.  3:12-cv-04634-SI<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL, WITH PREJUDICE<br><br>Before the Honorable Susan Illston<br>United States District Court Judge |

1.  Plaintiffs Christopher Germain and Piping Rock Partners, Inc. ("Plaintiffs"), and Defendants

    George Dobbs and David Lerner Associates, Inc. ("Defendants") (collectively, the

    "Parties"), have entered into a settlement agreement and mutual releases and have stipulated

    to the dismissal of this action, with prejudice.

2.      It is hereby ordered, pursuant to Federal Rule of Civil Procedure 41, that this action is dismissed with prejudice.  Each party to bear its own costs.

IT IS SO ORDERED.

July 12, 2016                                 By: _____
                                                      Hon. Susan Illston
                                                      United States District Judge